WILLIAM COTHREN *vs.* RODERICK ATWOOD.

*Third Judicial District.*

[Submitted January 25th—decided February 8th, 1894.]

APPEAL by the plaintiff in an action of book debt, from a decision of the Superior Court (*Ralph Wheeler, J.*), in New Haven County, sustaining the remonstrance of the defendant and rejecting the report of committee in favor of the plaintiff.

*Edward F. Cole,* for the appellant (plaintiff.)

*Henry C. Baldwin* and *John O'Neill,* for the appellee (defendant.)

BY THE COURT : Under § 1129 of the General Statutes, a party can appeal only from the "judgment of the court in such cause or action." Such appeal may undoubtedly present for review questions of law arising in the trial; but until there is a judgment rendered there can be no right of appeal. In the case before us the action of the Superior Court in sustaining the defendant's remonstrance and declining to accept the committee's report, was not a "judgment" within the meaning of the statute; hence the appeal must be erased from the docket. All concur. Appeal erased from the docket.